# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

*Surles*

-v-

*Stewart*

---

U.S.C.A. # _____

U.S.D.C. # 08-cv-1171

JUDGE: KMW

DATE: 2/29/2008

*[Stamp: U.S. DISTRICT COURT FILED FEB 29 2008 S.D.N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                    ( _____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

*Searles*

-v-

*Stewart*

---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1171

JUDGE: KMW

DATE: 2/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01171-KMW
### Internal Use Only

Surles v. Stewart
Assigned to: Judge Kimba M. Wood
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vara Elizabeth Surles.(jeh) (Entered: 02/13/2008) |
| 02/05/2008 | 2 | COMPLAINT against Martha Stewart. Document filed by Vara Elizabeth Surles.(jeh) (Entered: 02/13/2008) |
| 02/05/2008 |  | Magistrate Judge Kevin N. Fox is so designated. (jeh) (Entered: 02/13/2008) |
| 02/05/2008 | 3 | ORDER DISMISSING CASE AS FRIVOLOUS; Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915 (a) (1) is dismissed as frivolous. 28 U.S.C. 1915 (e) (2) (B) (i). The Court certifies pursuant to 28 U.S.C. 1915 (a) (3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 02/05/2008) (jeh) (Entered: 02/13/2008) |
| 02/05/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2) (B) (i). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 02/05/2008) (jeh) (Entered: 02/13/2008) |
| 02/25/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Case as Frivolous, 4 Judgment - Sua Sponte (Complaint). Document filed by Vara Elizabeth Surles. (tp) (Entered: 02/28/2008) |
| 02/25/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Vara Elizabeth Surles. $455.00 APPEAL FEE DUE. IFP REVOKED 2/5/08. (tp) (Entered: 02/28/2008) |
| 02/28/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/28/2008) |
| 02/28/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/28/2008) |