S.D.N.Y.-NYC
08-cv-1171
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of May , two thousand eight,

Present:

Hon. Chester J. Straub,
Hon. Reena Raggi,
*Circuit Judges,*
Hon. Sidney H. Stein,*
*District Judge.*



---

Vara Elizabeth Surles,

*Plaintiff-Appellant,*

v.

08-1020-cv

Martha Stewart,

*Defendant-Appellee.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

By: _____

*The Honorable Sidney H. Stein, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-jrm

_Certified- 5/2/08